# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**CHARLES SMITH**                                                         **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 5:18-cv-86-DCB-MTP**

**JUSTIN GREEN,** *et al*.                                                **DEFENDANTS**

## **REPORT AND RECOMMENDATION**

THIS MATTER is before the Court for case-management purposes. This *pro se* prisoner action was filed on August 3, 2018, but two defendants remain unserved. Defendants Unknown Jones and Unknown Windlaw have not been served or appeared in this matter. Management & Training Corporation, the private prison company that manages Wilkinson County Correctional Facility, responded that it was not able to identify Jones or Windlaw and could not waive service on their behalf. *See* [38].

On January 18, 2019, the Court directed Plaintiff to sufficiently identify these Defendants. Order [46]. Plaintiff was directed to either (1) provide more information on the identity and location of Defendants Windlaw and Jones, such as any necessary correction to his or her name and present address, or (2) if unsuccessful in obtaining this information, explain why, or (3) voluntarily dismiss Officer Windlaw and Sgt. Unknown Jones as Defendants. *Id*. Plaintiff responded and provided information regarding where these Defendants worked at the prison but did not provide first names or addresses for service of process. Resp. [51].

Without full names or addresses the Court cannot serve process on these individuals. On May 6, 2020, the Court again directed Plaintiff to provide names and addresses for these unidentified Defendants. Order [93]. Plaintiff responded on May 18, 2020 and stated that he desired to dismiss Jones and Windlaw without prejudice because he could not provide any more

identifying information. The undersigned, therefore, recommends dismissing Defendants Unknown Jones and Unknown Windlaw, without prejudice, as requested by Plaintiff's Response [96].

## RIGHT TO OBJECT

In accordance with the rules and 28 U.S.C. § 636(b)(1), any party within fourteen days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the judge, the magistrate judge, and the opposing party. The district judge at the time may accept, reject, or modify in whole or in part, the recommendations of the magistrate judge, or may receive further evidence or recommit the matter to this Court with instructions. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendations contained within this report and recommendation within fourteen days after being served with a copy shall bar that party, except on grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court to which the party has not objected. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

THIS the 2nd day of June, 2020.

                                                              s/ Michael T. Parker
                                                              United States Magistrate Judge