IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

CHARLES SMITH                                                   PLAINTIFF

V.                                 CIVIL ACTION NO. 5:18-CV-86-DCB-MTP

JUSTIN GREEN, ET AL.                                          DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 98], to which no objections have been filed. Having carefully reviewed the same, the Court finds the Report and Recommendation to be well taken and hereby adopts it as the findings and conclusion of this Court.

Accordingly,

IT IS HEREBY ORDERED that the Court Adopts Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 98] as the findings and conclusion of this Court. IT IS FURTHER ORDERED that the Defendants Unknown Jones and Unknown Windlaw are dismissed without prejudice.

SO ORDERED this the 7th day of July, 2020

/S/ David Bramlette
UNITED STATES DISTRICT JUDGE

2